FILED

06/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0686

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### DA 22-0686

FRANCINE JANIK, TRENT BIGGERS, ANGEL MICHELE ADAMS, TERRY G. ROSS, AND LORI ANN DEHAAN,

Plaintiffs/Appellees/Cross-Appellants,

vs.

TOWN OF WHITEHALL AND MONTANA MUNICIPAL INTERLOCAL AUTHORITY,

Defendants/Appellants/Cross-Appellees.

**ORDER GRANTING EXTENSION OF TIME**

Appellees/Cross-Appellants having filed an Unopposed Motion for Extension of Time to file a Combined Appellees and Cross-Appellants' Brief, and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellees/Cross-Appellants are granted a 30-day extension up to and including July 7, 2023 to file a Combined Appellees and Cross-Appellants' Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2023